HARDIN, KUNDLA, MCKEON & POLETTO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
673 MORRIS AVENUE
SPRINGFIELD, NEW JERSEY 07081
(973) 912-5222
FAX (973) 912-9212

www.HKMPP.com

**Robert E. Blanton, Jr., Esq.**
rblanton@hkmpp.com

Member of the Bar: NJ & NY

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

November 23, 2026

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**RE:** ***Barkley v. Ahsan, et al.***
**Case No.: 3:23-cv-01510-RK-RLS**

Dear Judge Singh:

This office represents Defendant, Abu Ahsan, M.D., in the above-referenced matter. Dr. Ahsan has been sued by Plaintiff Rashon Barkley regarding medical care and treatment provided to Mr. Barkley during his incarceration at New Jersey State Prison. The parties have been engaged in limited discovery ordered by the Court into when Mr. Barkley's claims accrued under the New Jersey Tort Claims Act. Our apologies for not submitting this status letter by November 20th.

The parties are scheduled to depose non-party Ruppert Hawes, MD., on December 8, 2026, via Zoom. After Dr. Hawes is deposed, the parties will meet and confer on what additional discovery, if any, must be completed for renewing the motion for leave to provide a late Notice of Claim.

We propose providing a status letter to the Court by December 15th.

Thereafter, we request the Court conference the case to discuss next steps for adjudicating when Plaintiff's claims accrued.

We appreciate the Court's time and consideration of this matter.

Respectfully,

***/s/ Robert E. Blanton, Jr.***

Robert E. Blanton, Jr., Esq.
Hardin, Kundla, McKeon & Poletto, P.A.
(T) 973-315-2279
rblanton@hkmpp.com
*Attorneys for Defendant, Abu Ahsan, M.D. as to malpractice claim*

Stephen M. Orlofsky, Esq.
Maya C. Bradley, Esq.
Blank Rome, LLP
300 Carnegie Center
Suite 220
Princeton, NJ 08540
(T) 609-750-2646
stephen.orlofsky@blankrome.com
maya.bradley@blankrome.com
*Attorneys for Plaintiff, Rashon Barkley*

cc: All counsel (via ECF)